**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re : | Chapter 7 |
| SMITH AND MORGAN MONEY MANAGEMENT FIRM, : | Case No. 24-60328-lrc |
| Debtor. : | |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for U.S. Bank National Association, not in its individual capacity but as trustee of the NRZ Pass-Through Trust XVI-B (the "NRZ Trustee") in the above captioned case. Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 342 of the Bankruptcy Code, the NRZ Trustee requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted to:

Gary W. Marsh
Pierce E. Rigney
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Email: gary.marsh@troutman.com
    pierce.rigney@troutman.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed

172711026v1

by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that: (1) affects or seeks to affect in any way the rights or interests of the NRZ Trustee or any other party in interest in this case, including (a) the Debtor, (b) property of the Debtor or the Debtor's estates, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of the NRZ Trustee or others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the NRZ Trustee or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the NRZ Trustee: (1) to have final orders in non-core matters entered only after *de novo* review by a higher court; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 2, 2024

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 */s/ Pierce E. Rigney*
Gary W. Marsh (GA ID NO. 471290)
Pierce E. Rigney (GA ID No. 656946)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Email: gary.marsh@troutman.com
         pierce.rigney@troutman.com

*Counsel to U.S. Bank National Association, not in its individual capacity but as trustee of the NRZ Pass-Through Trust XVI-B*

172711026v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| SMITH AND MORGAN MONEY MANAGEMENT FIRM, | : | Case No. 24-60328-lrc |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, all ECF participants registered in this case were served electronically with the *Notice of Entry of Appearance and Demand for Notices and Papers* (the "Notice") through the Court's ECF system at their respective email addresses registered with the Court.

*/s/ Pierce E. Rigney*
Gary W. Marsh (GA ID NO. 471290)
Pierce E. Rigney (GA ID No. 656946)
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Email: gary.marsh@troutman.com
　　　　pierce.rigney@troutman.com

*Counsel to U.S. Bank National Association, not in its individual capacity but as trustee of the NRZ Pass-Through Trust XVI-B*

172711026v1